# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

YUSUF MUJAHID DAWAN                                                          PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:09-CV-P34-S

STATE OF KENTUCKY                                                           DEFENDANT

## MEMORANDUM OPINION

Plaintiff initiated this civil action under 42 U.S.C. § 1983.  Upon filing the instant action, he

assumed the responsibility of keeping this Court advised of his current address and to actively litigate

his claims.  *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to

the clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an

address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent a mailing to Plaintiff on May 5, 2009.  That mailing was returned by

the United States Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to

Forward."  Plaintiff has not advised the Court of a change of address, and neither notices from this

Court nor filings by Defendant in this action can be served on Plaintiff.  In such situations, courts

have an inherent power "acting on their own initiative, to clear their calendars of cases that have

remained dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v.*

*Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).  Because it appears to this Court that Plaintiff has

abandoned any interest in prosecution of this case, the Court will dismiss the case by separate order.

Date:

cc:     Plaintiff, *pro se*
        Defendant
4411.009