## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**YUSUF MUJAHID DAWAN**                                                                        **PLAINTIFF**

**v.**                                            **CIVIL ACTION NO. 3:09-CV-P34-S**

**STATE OF KENTUCKY**                                                                 **DEFENDANT**

### **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:


cc:       Plaintiff, *pro se*
           Defendant
4411.009